UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOJGAN WILSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PROTECTIVE LIFE INSURANCE COMPANY and, DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 18-6960-DMG (SKx)<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [32]** |

Upon consideration of the parties' stipulation for dismissal, and good cause having been established, IT IS ORDERED THAT Defendant Protective Life Insurance Company shall be dismissed from this action with prejudice, with the parties to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

DATED: July 19, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE